IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-09-256-3 |
| | § § § § | |
| ROBERTO AREVALO-ROMERO | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 64). The motion for continuance is GRANTED. The sentencing hearing is reset to **January 14, 2010, at 9:00 a.m.** Defendant's objections to the PSR are due by January 6, 2010.

SIGNED on November 25, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge